Anna M. Maremont, appellee, v. Cosmopolitan Life Insurance Company, appellant. Gen. No. 35,088.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Rufus M. Potts, C. W. Armstrong and Frank X. Brickley, for appellant. E. R. Elliott, for appellee; Julius N. Heldman, of counsel.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Ronald Dobrovolski, plaintiff in error. Gen. No. 35,252.

Opinion filed June 15, 1932.

Swalwell & Buoscio, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.